Candace LEHMAN;  Estate of Joshua Lehman;  Linda Blount;  Camilia Lehman, Plaintiffs–Appellees,

v.

Tom ROBINSON;  Robert Robinson, Defendants–Appellants.

No. 05–15636.

United States Court of Appeals, Ninth Circuit.

Sept. 16, 2009.

David R. Houston, Jeffrey A. Dickerson, Reno, NV, for Plaintiffs–Appellees.

Creighton C. Skau, Reno, NV, for Defendants–Appellants.

Before:  WALLACE and McKEOWN, Circuit Judges, and CUDAHY,* Senior Circuit Judge.

MEMORANDUM **

This case was remanded to us by the United States Supreme Court following the Court's decision in *Scott v. Harris,* 550 U.S. 372, 127 S.Ct. 1769, 167 L.Ed.2d 686 (2007).  Following *Scott,* we asked for supplemental briefing from the parties.  In *Scott,* the Court cautioned that we are not required to accept a non-movant's version of events when it is "clearly contradict[ed]" by a video in the record and the accuracy

of the video is not disputed.  *Scott,* 550 U.S. at 378, 127 S.Ct. 1769.  Unlike the court of appeals in *Scott,* we reviewed the video that captured the events at issue in this case.  The video did not "clearly contradict[ ]" the plaintiffs' version of events.

Because the video does not clearly contradict the version of events recounted by the plaintiffs, and for the reasons stated in our prior memorandum disposition, *Lehman v. Robinson,* 228 Fed.Appx. 697 (9th Cir.2007), the district court's denial of Robinson and Tygard's motion for summary judgment based on qualified immunity is **AFFIRMED.**

---

* The Honorable Richard D. Cudahy, Senior United States Circuit Judge for the Seventh Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

